181 F.2d 1012
 Norman SIEGEL, Appellant,
v.
LURIA STEEL & Trading CORPORATION, a Corporation.
 No. 14073.
 United States Court of Appeals Eighth Circuit.
 April 10, 1950.
 
 Appeal from the United States District Court for the Eastern District of Missouri.
 Alvin A. Wolff and Joseph Nessenfeld, St. Louis, Mo., for appellant.
 Edgar J. Schoen, Chicago, Ill., Kenneth Teasdale and Bourne Bean, St. Louis, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on stipulation of parties.